500 108th Avenue NE     T 425.974.6100
25th Floor     F 425.974.6199
Bellevue, WA 98004


**INTELIUS**
Live in the know.

September 15, 2009

Edward Fiscella
**REDACTED**

RE: Order 19109209

Dear Mr. Fiscella,

Intelius purchases public records and other publicly available information for our database. We do not update, or otherwise edit, the information received.

When requesting a people report, it is important to note that the report will yield results for anyone in the specified state with the same search criteria (first and last name). If the specific criminal record you are referring to does not match up with your information (date of birth, race, etc.), than the criminal record does not pertain to you.

We appreciate your cooperation in resolving this matter and apologize for any inconvenience.

Best Regards,

*[signature]*
Stanley J. Willoretta
Complaint Manager
**INTELIUS**
500 108th Ave NE, 25th floor
Bellevue, WA 98004   USA

**Exhibit A**